[No. 62852-6-I. Division One. June 1, 2010.]

LAKEWEST CONDOMINIUM OWNERS ASSOCIATION, *Appellant*, v. TOKIO MARINE & NICHIDO FIRE INSURANCE COMPANY, LTD., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-16458-8, Michael J. Trickey, J., entered December 11, 2008. *Reversed* by unpublished opinion per Dwyer, C.J., concurred in by Ellington and Appelwick, JJ.

[No. 63034-2-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALEX JEFFREY TANBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03631-2, James H. Allendoerfer, J., entered February 10, 2009. *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Grosse and Appelwick, JJ.

[No. 63104-7-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. IVAN BROOKS FLUKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10348-8, Richard McDermott, J., entered March 3, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Schindler, JJ.

[No. 63242-6-I. Division One. June 1, 2010.]

TODD HUSO ET AL., *Appellants*, v. PHOENIX DEVELOPMENT, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-15983-5, Barbara A. Mack, J., entered March 4, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Cox, JJ.